KATHERINE PERRY, Respondent, et al., Plaintiffs, *v.* AMERICAN BIBLE SOCIETY et al., Appellants; ASTOR PLACE REAL ESTATE COMPANY, INC., Defendant, and SAM PERLOW, as Administrator of the Estate of HANNAH PERLOW, Deceased, et al., Respondents.

Argued October 2, 1950; decided October 12, 1950.

*Robert E. Curran* for American Bible Society, appellant.

*Reid A. Curtis* and *Julius S. Christensen* for Jacob Warschaw, appellant.

*John F. X. Finn, Samuel Justin Jackman* and *Norman C. Mendes* for Katherine Perry, respondent.

*E. Edan Spencer* and *Henry Katz* for Sam Perlow, respondent.

*H. H. Brown* for Rexhold Realty Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.